# TEXAS DEPARTMENT OF CRIMINAL JUSTICE

05-15- 00049-CR

## CORRESPONDENCE / CONTRABAND DENIAL FORM

NAME Vaughn Melvin

TDCJ-CID# 1964957

UNIT RV 019

DATE CORRESPONDENCE RECEIVED 7/15/15

DATE OFFENDER NOTIFIED 7/16/15

CORRESPONDENCE: ☐ TO OR ☒ FROM  Court of Appeals
7ifth Dist. of TX. of Dallas
George L. Allen Sr. Courts Bldg.
600 Commerce St, Ste 200
Dallas, TX 75202

The above correspondence has been denied to you in accordance with BP-03.91, Uniform Offender Correspondence Rules

CHECK APPROPRIATE CAUSE OR CAUSES FOR DENIAL AND STATE APPROPRIATE REASON
☐ Content   ☐ Contraband   ☒ Enclosure   ☐ Package / Publication   ☐ Sealed Correspondence

DENIED: Enclosure - 1 small binder clip

RECEIVED: all correspondence

## APPEAL:
Should the offender decide to appeal the rejection of said correspondence/contraband, he/she must notify the Unit Mailroom WITHIN TWO (2) WEEKS of offender notification requesting that this correspondence/contraband and the rejection form be forwarded to the Director's Review Committee (DRC). Should persons outside the institution desire to appeal, submit by mail to the Director's Review Committee, PO Box 99, Huntsville, TX 77342-0099. The appeal must reach the DRC WITHIN TWO (2) WEEKS of the notification date listed above.

Does offender wish to appeal the decision? ☐ Yes ☒ No ☐ Non-Appealable _____
Offender Signature                          Date

DISPOSITION: Offender must check the desired disposition at the time the denial is presented.

☒ Destroy

☐ Send to the following person at the offender's expense: _____
Name and Address

_____                    C. Anderson   7/16/15
Offender Signature & Date                  Mailroom Representative Signature & Date

UNIT DISPOSITION: _____
Date                                        Employee's Signature

IF A DISPOSITION CHOICE IS NOT EXPRESSED AND EXECUTED OR LITIGATION HAS NOT BEGUN ON ITEMS BEING HELD FOR LITIGATION WITHIN SIXTY (60) DAYS OF THE INITIAL DENIAL OR FROM THE DRC DECISION DATE (IF APPEALED), THE ITEMS WILL BE DESTROYED.

## DISTRIBUTION:
Original- Send to the DRC IF THE OFFENDER WISHES TO APPEAL. If not, keep on unit.
Gold - Unit Copy
Yellow - Offender Copy
Pink - Mail to sender/addressee of correspondence
I-153 (Rev. 3/12)

RECEIVED
Court of Appeals

JUL 27 2015

Lisa Matz
Clerk, 5th District



AFTER FIVE DAYS RETURN TO
TEXAS DEPARTMENT OF CRIMINAL JUSTICE
WAYNE SCOTT UNIT MAILROOM
6999 RETRIEVE
ANGLETON, TX 77515

7520246539

NORTH HOUSTON TX 773

17 JUL 2015 PM 1 L

COURT OF APPEALS
FIFTH DISTRICT OF TEXAS AT DALLAS
GEORGE L. ALLEN SR. COURTS BLDG.
600 COMMERCE ST., STE. 200
DALLAS, TX 75202